UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| WILLIAM G. LOTT, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF LABOR, ex rel. its ) <br> Division of Energy Employees Occupational ) <br> Illness Compensation, et al., ) <br> ) <br> Respondent. ) <br> _____ ) | 3:12-cv-00228-LRH-VPC <br><br> O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#36[1]) entered on August 25, 2014, recommending denying Petitioner's Petition for Judicial Review (#1), filed on April 25, 2012, and granting Respondent's Motion for Summary Judgment (#33) filed on November 12, 2013.  No objections to this Report and Recommendation have been filed.

This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

---

[1] Refers to court's docket number.

1  (#36) entered on August 25, 2014, should be adopted and accepted.

2  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#36) entered on August 25, 2014, is adopted and accepted, and Petitioner's Petition for Judicial Review (#1) is DENIED.

IT IS FURTHER ORDERED that Respondent's Motion for Summary Judgment (#33) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED.

DATED this 26th day of September, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2