AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

WILLIAM G. LOTT ,

      Petitioner,          JUDGMENT IN A CIVIL CASE
  V.

                               CASE NUMBER: **3:12-cv-00228-LRH-VPC**

U.S. DEPARTMENT OF LABOR, ex rel. its
Division of Energy Employees Occupational
Illness Compensation, et al.,

      Respondent.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Respondent's Motion for Summary Judgment (#33) is **GRANTED**.

  September 26, 2014                                          **LANCE S. WILSON**
                                                                                            Clerk

                                                                                    /s/ D. R. Morgan
                                                                                      Deputy Clerk